PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jamie Rose Joseph**

**Docket No. 0:00CR00014-004(DWF)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jamie Rose Joseph** who was sentenced on September 22, 2000, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at four years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #1: The defendant shall participate in a program for drug and/or alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On two occasions between December 20, 2004, and January 3, 2005, Ms. Joseph failed to call the code-a-phone and failed to report to the U.S. Probation Office the following day to report for drug testing. On both occasions, Ms. Joseph notified this officer of her neglect.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 12th day of January, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

Respectfully,

for Melissa L. Perez
U.S. Probation Officer

Place St. Paul
Date January 12, 2005

c: United States Sentencing Commission

SCANNED
JAN 12 2005
U.S. DISTRICT COURT ST. PAUL