PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jamie Rose Joseph**

**Docket No. 0:00CR00014-004(DWF)**

**Petition on Supervised Release**

COMES NOW **MELISSA L. PEREZ**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jamie Rose Joseph** who was sentenced on September 22, 2000, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at four years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Mandatory drug testing

*As amended on January 12, 2005*

- 20 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #1: The defendant shall participate in a program for drug and/or alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On April 12, 2005, Ms. Joseph again forgot to call the code-a-phone system. She did not realize that she had forgotten to call until April 13, 2005. She reported to the office on April 14, 2005, to admit her mistake and provided a urine sample which was negative for all substances.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 30 hours of community service, as approved by the probation officer.

SCANNED
APR 22 2005
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 22nd day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

Respectfully,

Melissa L. Perez
U.S. Probation Officer

Place St. Paul
Date April 21, 2005

c: United States Sentencing Commission