Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Jamie Rose Joseph

Docket No. 0:00CR00014-004

**HEARING WAIVER**

I, Jamie Rose Joseph, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 30 hours of community service, as approved by the probation officer.

Signed: Jamie Rose Joseph

Jamie Rose Joseph
Supervised Releasee

Witness:

Melissa L. Perez
U.S. Probation Officer

Dated: 4/19/05

SCANNED
APR 22 2005
U.S. DISTRICT COURT ST. PAUL